UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 01-1457 (MJD/JGL)

METRIS COMPANIES, INC., et al.,

Plaintiffs,

v. **PRETRIAL ORDER**

WEBMILES, INC.,

Defendant.

Pursuant to Rule 16, Fed.R.Civ.P., the following schedule shall control pre-trial proceedings in this case:

1. Estimated length of trial is two weeks;

2. All motions which seek to amend any pleading or to add any parties must be filed prior to February 1, 2002;

3. Plaintiffs, including counterclaim plaintiffs, shall disclose all expert witnesses, including reports, by May 1, 2002; Defendants, including counterclaim defendants, shall disclose all expert witnesses, including reports, by July 1, 2002;

4. The period during which the parties may seek non-expert discovery shall be completed by August 1, 2002;

5. All non-dispositive motions, specifically those which relate to discovery and the discovery period, must be filed prior to September 1, 2002;

6. Until further notice, all dispositive motions must be noticed, served, filed and heard, in accordance with the local rules, prior to December 1, 2002; and

7. This case will be considered "ready for trial" as of December 1, 2002.

DATED: October 26, 2001

JONATHAN LEBEDOFF
United States Magistrate Judge

FILED OCT 26 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK