**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**CASE NO. 01-DV-1457 MJD/JGL**

---

Metris Companies Inc. and Metris Direct, Inc.

Plaintiffs,

v.

WEBMILES, INC., formerly known as Webmiles.com Corporation,

Defendant.

---

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, Metris Companies Inc. and Metris Direct, Inc. and WebMiles, Inc. hereby dismiss this action in its entirety WITH PREJUDICE with each party to bear their own costs and fees.

Dated: December 28, 2001

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.

Annamarie A. Daley (MN # 158112)
2800 LaSalle Plaza
800 LaSalle Ave. S.
Minneapolis, Minnesota 55402
(612) 349 - 8500

**COUNSEL FOR PLAINTIFFS METRIS COMPANIES INC. AND METRIS DIRECT, INC.**

JAN 0 7 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________

Dated: December 27, 2001

**BRIOL & ASSOCIATES**

Joseph M. Musilek (# 130023)
3905 IDS Center
80 South Eighth Street
Minneapolis, Minnesota 55402
(612) 337 - 8410

**COUNSEL FOR DEFENDANT WEBMILES INC.**

**IT IS HEREBY ORDERED:**

Dated: ~~December~~ Jan. 6, 2002

U.S. District Court Judge
Michael J. Davis